CASE CLOSED

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAMELA STOKES,<br><br>Plaintiff(s),<br><br>-against-<br><br>PROFESSIONAL COLLECTION, LLC and JOHN DOES 1-25.<br>,<br><br>Defendant(s). | Civil Case Number: 2:17-cv-08986 MCA-MAH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that the Plaintiff through her attorney, Joseph K. Jones, Esq., pursuant to Rule 41 of the Federal Rules of Civil Procedure, does hereby withdraw their action with prejudice against PROFESSIONAL COLLECTION, LLC.

Dated: Fairfield, New Jersey
November 14, 2017

/s/ Joseph K. Jones
Joseph K. Jones, Esq.
JONES, WOLF & KAPASI, LLC
375 Passaic Avenue, Suite 100
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile
jkj@legaljones.com

*Attorneys for Plaintiff, Pamela Stokes*

SO ORDERED
11/16/17
Madeline Cox Arleo, U.S.D.J.